Filed 3/1/23  In re A.R. CA5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re A.R., a Person Coming Under the Juvenile Court Law. | |
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>A.R.,<br><br>Defendant and Appellant. | F084728<br><br>(Super. Ct. No. JJD074179)<br><br>**OPINION** |

## THE COURT\*

APPEAL from orders of the Superior Court of Tulare County.  Hugo J. Loza, Judge.

Andrea Keith, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

\*        Before Poochigian, Acting P. J., Franson, J. and Snauffer, J.

Appointed counsel for minor A.R. asked this court to review the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Minor was advised of his right to file a supplemental brief within 30 days of the date of filing of the opening brief. Minor did not respond. Finding no arguable error that would result in a disposition more favorable to minor, we affirm.

## BACKGROUND

On May 11, 2022, 15-year-old minor was living with his parents and his two siblings. That night, father went to bed early because he had to work the next morning. Around 9:30 p.m., minor was angry because their dog's barking outside was keeping him awake. He went into his parents' bedroom and started throwing things at father, as he had done several times when he was upset. Father told him to go to sleep and struck him once on the back with a charger cord. Minor then hit father's head twice. Eleven-year-old sister tried to defend father. She pulled on minor's shirt, saying his name, as she tried to stop him from hitting father. When she ripped minor's shirt, minor hit her above her eye with a closed fist. Father called the police.

On May 12, 2022, a juvenile petition was filed pursuant to Welfare and Institutions Code section 602[1] alleging minor committed two counts of misdemeanor battery (Pen. Code, § 242).

On May 13, 2022, minor, who had been detained, was released into his parents' custody.

On May 19, 2022, minor admitted both allegations.

On June 22, 2022, the juvenile court found section 725 inapplicable to minor. The court therefore allowed minor to withdraw his admissions.

---

[1] All statutory references are to the Welfare and Institutions Code unless otherwise noted.

On July 14, 2022, the juvenile court found both allegations true and declared minor a ward of the juvenile court (§ 602).  The court granted probation and placed minor with his parents under various terms and conditions.

On August 1, 2022, minor filed a notice of appeal.

## **DISCUSSION**

Having undertaken an examination of the entire record, we find no evidence of any arguable error that would result in a disposition more favorable to minor.

## **DISPOSITION**

The juvenile court's findings and orders are affirmed.